1046

[No. 45401-7-II. Division Two. April 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME SILVA-ARROYO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00855-6, Sally F. Olsen, J., entered September 20, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 45697-4-II. Division Two. April 7, 2015.]

CYNTHIA BUTLER, *Appellant*, v. RANDALL FROST, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-02899-4, Robert A. Lewis, J., entered November 22, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 45720-2-II. Division Two. April 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEE WITTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03874-2, John A. McCarthy, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45749-1-II. Division Two. April 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN PATRICK BEST, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00003-5, David L. Edwards, J., entered December 2, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.